VIRGINIA JONES, PLAINTIFF-RESPONDENT, v. LINCOLN MUTUAL CASUALTY INSURANCE CO., DEFENDANT-PETITIONER.

*Messrs. Harth & Enright* for the petitioner.

*Mr. Aaron B. Weingast* for the respondent.

March 14, 1967. Denied.

LESLIE BOWERS, PLAINTIFF-PETITIONER, v. CAMDEN FIRE INSURANCE ASSOCIATION, DEFENDANT-RESPONDENT.

See same case below: 93 *N. J. Super.* 302.

*Mr. Milton L. Silver* for the petitioner.

*Messrs. Orlando & Cummins* and *Mr. George H. Hohweiler* for the respondent.

March 14, 1967. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. EDWARD FLORCZAK, DEFENDANT-PETITIONER.

*Messrs. Craner & Brennan* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Raymond S. Londa* for the respondent.

March 14, 1967. Denied.